■ In the Matter of EUGENE PROSETTI, Respondent, v NORWOOD JACKSON, as Commissioner of the Westchester County Department of Correction, Appellant. [665 NYS2d 940] —In a proceeding pursuant to CPLR article 78 to review a determination of the respondent Commissioner of the Westchester County Department of Correction which denied the petitioner's request to rescind his resignation from his position as a Correction Officer, the appeal is from an amended order and judgment (one paper) of the Supreme Court, Westchester County (Cowhey, J.), entered September 27, 1996, which, upon a jury verdict, directed reinstatement of the petitioner to the position of Correction Officer and awarded him back pay with interest.

Ordered that the amended order and judgment is affirmed, with costs.

Under the circumstances of this case, the trial court correctly gave a missing-witness charge. Copertino, J. P., Sullivan, Pizzuto and Lerner, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID AQUINO, Appellant. [665 NYS2d 946] —Application by the appellant for writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 15, 1993 (*People v Aquino,* 191 AD2d 574), affirming a judgment of the Supreme Court, Kings County, rendered May 28, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Rosenblatt, Miller and Thompson, JJ., concur.